UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENT W. PORTER, SR.,

    Plaintiff,

    v.

MARY C. WARD, Assistant Attorney General,

    Defendant.

Case No. C05-5230FDB

ORDER DENYING PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT

The Court adopted the Report and Recommendation in this case dismissing this cause of action on the basis of absolute prosecutorial immunity. Plaintiff brings a motion to alter or amend the judgment citing to cases, one of which is unpublished and neither of which applies. Defendant has responded opposing the motion. Having considered the parties' submissions and the record herein, the Court finds Plaintiff's motion is without merit. ACCORDINGLY,

IT IS ORDERED: Plaintiff's Motion to Alter or Amend Judgment [Dkt. # 25] is DENIED.

DATED this 15th day of September, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26  ORDER - 2